IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS B. HORTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-631-E-BN |
| | § | |
| SUNPATH, LTD., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **ORDERS** the following:

- Plaintiff Lucas B. Horton's motions for default judgment [Dkt. Nos. 39 & 40] are DENIED WITHOUT PREJUDICE;

- Defendant SunPath, Ltd.'s Special Appearance [Dkt. No. 1-9] and Original Answer, Subject to Defendant's Special Appearance [Dkt. No. 1-11] are STRICKEN;

- SunPath is in DEFAULT;

- **The Clerk of Court is DIRECTED TO ENTER default against SunPath pursuant to Federal Rule of Civil Procedure 55(a); and**

- Horton may, by no later than a date 30 days from the date of entry of this order, move for default judgment against SunPath for failure to appear by and through counsel.

SO ORDERED this 10th day of May, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE